## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.    SACV 24-01083-JVS(JDEx)                    Date    July 18, 2024

Title    Pooja Subbarao v. Citibank N.A. et al

Present: The Honorable    **James V. Selna, US District Court Judge**

| Rolls Royce Paschal for Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                          Not Present

**Proceedings:**   (In Chambers)          **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than, July 29, 2024 why this action should not be dismissed for lack of prosecution. As an alternative to a written response, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

**X      Joint Rule 26(f) Report** with the Court's Attached Exhibit A

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

**Scheduling Conference set for July 22, 2024 is continued to August 5, 2024 at 10:30 a.m.**

It is so Ordered.