UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

JUL 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

POOJA SUBBARAO,

      Plaintiff - Appellant,

  v.

CITIBANK, N.A., a Delaware corporation; et al.,

      Defendants - Appellees.

No. 25-8079

D.C. No.
8:24-cv-01083-JVS-JDE
Central District of California,
Santa Ana

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 14) to proceed in forma pauperis is granted.

The opening brief is due August 17, 2026. The answering briefs are due September 16, 2026.[†] The optional reply brief is due 21 days after the last-filed answering brief is served.

Appellant is not required to submit excerpts of record. If appellant does not submit excerpts, appellees must submit all documents cited in the pro se opening brief or otherwise required by the rules. *See* 9th Cir. R. 30-1.

---

[†] The court prefers joint briefs where possible. *See* Circuit Advisory Committee Note to Ninth Circuit Rule 32-2.